UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 21-1575
_____

CHERYL BOROWSKI, Esq.,
Appellant

v.

KEAN UNIVERSITY; DAWOOD FARAHI; CHARLES WILLIAMS;
STEVEN KUBOW; KENNETH GREEN, Esq.; FARAQUE CHOWDHURY;
CHRISTOPHER MYERS

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 2-20-cv-05172)
District Judge: Honorable William J. Martini

_____

Argued:  March 22, 2022

Before:  BIBAS, MATEY, and PHIPPS, *Circuit Judges*.

_____

JUDGMENT
_____

    This cause came to be considered on the record on appeal from the United States District Court for the District of New Jersey and was argued on March 22, 2022.  On consideration whereof, it is now hereby

    ORDERED and ADJUDGED that the judgment of the District Court entered on March 23, 2021, is VACATED and this case is REMANDED to the District Court for proceedings consistent with this opinion.  Each party shall bear its own costs for the

appeal.  The Court will not retain jurisdiction.  All of the above in accordance with the Opinion of this Court.

                                              ATTEST:

                                              <u>s/ Patricia S. Dodszuweit</u>
                                              Clerk

Dated:  May 25, 2023