UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHERYL BOROWSKI,**<br><br>Plaintiff,<br><br>v.<br><br>**KEAN UNIVERSITY et al.,**<br><br>Defendants. | Civ. No. 2:20-cv-5172 (WJM)<br><br>**ORDER** |

**WILLIAM J. MARTINI, U.S.D.J.**

**THIS MATTER** is before the Court on a motion to dismiss by Defendants Kean University, Dawood Farahi, Charles Williams, Stephen Kubow, Kenneth Green, and Faruque Chowdhury pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), ECF No. 28; and a motion to dismiss by Defendant Allison Chris Myers pursuant to the same, ECF No. 29.  For the reasons set forth in the accompanying Opinion, and for good cause appearing;

**IT IS** on this 15th day of February 2024,

**ORDERED** that both motions to dismiss are **GRANTED** and Plaintiff's Complaint, ECF No. 1, is **DISMISSED** without prejudice.

                                             */s/ William J. Martini*
                                             **WILLIAM J. MARTINI, U.S.D.J.**