## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHERYL BOROWSKI,**<br><br>      Plaintiff,<br><br>      v.<br><br>**KEAN UNIVERSITY et al.,**<br><br>      Defendants. | Civ. No. 2:20-cv-5172 (WJM)<br><br>**ORDER** |

### WILLIAM J. MARTINI, U.S.D.J.

**THIS MATTER** comes before the Court on Plaintiff Cheryl Borowski's motion ("Motion"), pursuant to Local Rule 7.1(i), for reconsideration of this Court's February 15, 2024 Opinion and Order. ECF No. 42.

For the reasons set forth in the accompanying Opinion, and for good cause appearing;

**IT IS** on this 12th day of June 2024,

**ORDERED** that Plaintiff's Motion is **DENIED;** and it is further

**ORDERED** that Plaintiff's request in the alternative for leave to amend her First Amendment claim is **GRANTED**; and it is further

**ORDERED** that Plaintiff may amend her First Amendment claim, consistent with the accompanying Opinion and in strict accordance with L.Civ.R. 15.1, no later than **July 12, 2024**.

                                                    */s/ William J. Martini*
                                              **WILLIAM J. MARTINI, U.S.D.J.**