UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHERYL BOROWSKI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KEAN UNIVERSITY et al.,<br><br>　　　　Defendants. | Civ. No. 2:20-cv-5172 (WJM)<br><br>**ORDER** |

**WILLIAM J. MARTINI, U.S.D.J.**

This matter comes before the Court upon Defendants' Motion to Dismiss Plaintiff Cheryl Borowski's Amended Complaint. ECF Nos. 48, 52. For the reasons set forth in the accompanying Opinion,

IT IS on this 23 day of January 2025,

**ORDERED** that Defendants' Motion to Dismiss the Amended Complaint is **GRANTED**.

　　　　　　　　　　　　　　　　　　WILLIAM J. MARTINI, U.S.D.J.