## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHERYL BOROWSKI, ESQ. | : |
| Plaintiff | : |
| v. | : Civil Action No.: 2:20-cv-05172-WJM-MF |
| KEAN UNIVERSITY, *et al.* | : |
| Defendants | : |
| | : |

### NOTICE OF APPEAL

**TAKE NOTICE**, that plaintiff Cheryl Borowski, by and through her attorneys, Williams Cedar LLC hereby appeals to the United States Court of Appeals for the Third Circuit for reversal and vacation of the orders of the District Court for the District of New Jersey, dated July 1, 2025 denying plaintiff's motion to amend the Complaint and dismissing plaintiffs' First Amended Complaint with prejudice (ECF No. 68); April 16, 2025 denying plaintiff's motion for reconsideration (ECF No. 62); January 23, 2025 dimissing plaintiff's First Amended Complaint (ECF No. 56); June 12, 2024 denying plaintiff's motion for reconsideration (ECF No. 47); and February 15, 2024 dismissing plaintiff's Complaint (ECF No. 41)

WILLIAMS CEDAR LLC
*Attorneys for Plaintiff*

BY:＿＿＿/s/ *Kevin Haverty*＿＿＿＿＿＿
KEVIN HAVERTY
8 Kings Highway West, Suite B
Haddonfield, NJ   08033
(856) 470-9777 (Tel)
(866) 311-4899 (Fax)

DATED:       July 9, 2025